NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ERIKA JOHNSON-BROOKS (Cal. Bar No. 210908)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Erika.Johnson@usdoj.gov

Attorneys for Defendant
Luis Aparicio, M.D.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACEY NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS APARICIO,<br><br>    Defendant. | No. CV 18-2771<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 2679(d)(2)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), Defendant LUIS APARICIO, M.D. ("Defendant"), hereby removes to this Honorable Court the state court action described below. The grounds for this removal are as follows:

1. On January 2, 2018, Tracey Nelson ("Plaintiff") filed a civil action against Defendant in the Superior Court of the State of California for the County of Los Angeles, Small Claims Court, entitled *Tracey Nelson v. Luis Aparicio*, Case No. 18STSC00010. A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. The Complaint appears to allege a sexual assault during a medical examination.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) because Defendant Luis Aparicio was acting within the course and scope of his employment as a deemed employee of the Public Health Service, as alleged in the Complaint in the above-referenced case. *See* Public Health Centers Act, 42 U.S.C. § 233(a)-(f), as amended by the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n). A duly executed Certification of the United States Attorney for the Central District of California, attesting to the foregoing, is attached as Exhibit 2. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b). Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

3. Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No. BC671251 has not yet commenced.

4. Because this notice is being filed on behalf of the Defendant, no bond is required under the terms of 28 U.S.C. § 2408 and 2679(d)(2).

WHEREFORE, Defendant removes the action now pending in the Superior Court

of the State of California for the County of Los Angeles, Case No. 18STSC00010, to the United States District Court for the Central District of California.

Dated: March 28, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

    /s/ *Erika Johnson-Brooks*
ERIKA JOHNSON-BROOKS
Assistant United States Attorney

Attorneys for Defendant
Luis Aparicio, M.D.

2