# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

### Notice to the person being sued:
- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles
**01/02/2018**
Sherri R. Carter, Executive Officer / Clerk
By: _____ Deputy
Mike Nguyen

*Fill in court name and street address:*

**Superior Court of California, County of**
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

*Court fills in case number when form is filed.*

**Case Number:** 18STSC00010
**Case Name:** NELSON vs APARICIO

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| **Trial Date** | 1. 02/20/2018 | 8:30 AM | 1A | 5th Floor - Room 548 |
| | 2. | | | |
| | 3. | | | |

Date: 01/02/2018  Clerk, by _____, Deputy
Sherri R. Carter, Executive Officer/Clerk
Mike Nguyen

### Instructions for the person suing:
- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to www.courts.ca.gov/smallclaims/forms.
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5 →

**EXHIBIT 1**

Plaintiff *(list names):*

| Case Number: |
|---|
| 18STSC00010 |

**(1) The plaintiff (the person, business, or public entity that is suing) is:**
Name: TRACEY NELSON  Phone: _____
Street address: 1608 W. 42 PL  LOS ANGELES  CA.  90062
   Street            City            State    Zip
Mailing address *(if different):* _____
   Street            City            State    Zip

**If more than one plaintiff, list next plaintiff here:**
Name: _____  Phone: _____
Street address: _____
Mailing address *(if different):* _____

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

**(2) The defendant (the person, business, or public entity being sued) is:**
Name: LUIS APARICIO  Phone: _____
Street address: 3501 W. JEFFERSON BLVD  LOS ANGELES, CA.  90018
   Street            City            State    Zip
Mailing address *(if different):* _____

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**
Name: _____  Job title, if known: _____
Address: _____

☐ Check here if your case is against more than one defendant, and attach form SC-100A.
☐ Check here if any defendant is on active military duty, and write his or her name here: _____

**(3) The plaintiff claims the defendant owes $ 10,000 .** *(Explain below):*
  a. Why does the defendant owe the plaintiff money?
  I WAS SEXUALLY ASSAUTED BY DR. APARICIO I WAS TOLD TO LAY BACK ON A TABLE THEN DR. APARICIO SQUEESED MY BREAST AND TOLD ME OK YOU CAN GET UP.
  When did this happen? *(Date):* 3-2015
  b. If no specific date, give the time period: Date started: 3-2015 Through: _____
  c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
  BEING VIOLATED SEXUALLY, HE SHOULD HAVE TO BE ACCOUNTABLE.

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Revised January 1, 2017   **Plaintiff's Claim and ORDER to Go to Small Claims Court**   SC-100, Page 2 of 5
(Small Claims)   →

2                                                                                         EXHIBIT 1

Plaintiff (list names):

| Case Number: |
|---|
| 18STSC00010 |

(4) **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☑ Yes ☐ No If no, explain why not:

(5) **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
a. ☑ (1) Where the defendant lives or does business.
   (2) Where the plaintiff's property was damaged.
   (3) Where the plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*
e. ☐ Other (specify):

(6) **List the zip code of the place checked in ⑤ above** *(if you know)*: 90018

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here: ☐

(8) **Are you suing a public entity?** ☐ Yes ☑ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date):
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No If yes, the filing fee for this case will be higher.

(10) **Is your claim for more than $2,500?** ☑ Yes ☐ No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

(11) **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 1-2-18   Tracey Nelson                      ▶ Tracey Nelson
              *Plaintiff types or prints name here*       *Plaintiff signs here*

Date: _____
              *Second plaintiff types or prints name here*   ▶ *Second plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response*. *(Civ. Code, § 54.8.)*

Revised January 1, 2017 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 3 of 5 →