## CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT

I, Nicola T. Hanna, United States Attorney for the United States Attorney's Office for the Central District of California, pursuant to the provisions of 42 U.S.C. § 233(c), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.4, hereby certify as follows:

1. I have read the Complaint entitled <u>Tracey Nelson v. Luis Aparicio</u>, in the Small Claims Court for the State of California, Los Angeles County.

2. Based upon the information now available to me with respect to the incidents referred to in the Complaint, and pursuant to the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233(g), Defendant Luis Aparicio, M.D., as an employee of Watts Healthcare Corporation was acting within the scope of his employment as a deemed employee of the Public Health Service of the United States at all times material to the incidents alleged in the Complaint.

DATED: 3/30/18

NICOLA T. HANNA
United States Attorney